IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

C.A. No: 3:10-CV-00062-MOC-DSC

| | |
|---|---|
| MONIQUE RUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) DEFENDANTS' JOINT MOTION FOR |
| v. | ) SANCTIONS FOR PLAINTIFF'S |
| | ) FAILURE TO COMPLY WITH COURT |
| ALLY FINANCIAL, INC., VACO | ) ORDER AND FAILURE TO RESPOND TO |
| CHARLOTTE, LLC, NITA GOODING, | ) DISCOVERY REQUESTS PURSUANT TO |
| and LUETTE KANAS, | ) RULE 37 |
| | ) |
| Defendants. | ) |

NOW COME Defendants Ally Financial, Inc. ("Ally") and Vaco Charlotte, LLC ("Vaco"), through their respective undersigned counsel, and hereby move this Honorable Court to enter an order providing for appropriate sanctions, including the dismissal of Plaintiff Monique Rue's ("Rue") Complaint and an award of attorney fees and costs. Defendants assert that on August 9, 2011, The Honorable Magistrate Judge David S. Cayer issued an Order directing Rue to fully respond to Ally's and Vaco's respective First Sets of Interrogatories and Requests for Production of Documents within 15 days of the date of the Order, or risk dismissal and an award of costs and fees. Rue has completely ignored the Court's Order.

Pursuant to Rule 37, the undersigned defense counsel hereby certifies that they have in good faith attempted to confer with Plaintiff in an effort to obtain responses without court action.

1

Respectfully submitted, this the 29th day of August, 2011.

**BY DEFENDANTS:**

JACKSON LEWIS, LLP

BRADLEY ARANT BOULT CUMMINGS, LLP

**/s/ Matthew D. Duncan**
Ted N. Kazaglis, NC Bar No. 36452
Matthew Duncan, NC Bar No. 35260
1400 Crescent Green, Suite 215
Cary, North Carolina 27518
Telephone: (919) 854-0044
Fax: (919) 854-0908
E-mail: kazaglis@jacksonlewis.com
Email: duncanm@jacksonlewis.com
*Attorneys for Defendants Ally Financial, Inc., Nita Gooding, and Luette Kanas*

**/s/ Michael Griffin**
Michael Griffin (N.C. Bar No. 31947)
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
(704) 338-6015 (T)
(704) 332-8858 (F)
Email: mgriffin@babc.com

**J. Craig Oliver (*admitted pro hac vice*)**
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-2310 (T)
(615) 252-6310 (F)
Email: coliver@babc.com
*Attorneys for Defendant Vaco Charlotte, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**C.A. No: 3:10-CV-00062-MOC-DSC**

| | |
|---|---|
| **MONIQUE RUE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CERTIFICATE OF SERVICE** |
| **ALLY FINANCIAL, INC., VACO** ) | |
| **CHARLOTTE, LLC, NITA GOODING,** ) | |
| **and LUETTE KANAS,** ) | |
| ) | |
| **Defendants.** ) | |

I certify that I electronically filed the foregoing **DEFENDANTS' JOINT MOTION FOR SANCTIONS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties as follows:

> Michael Griffin (N.C. Bar No. 31947)
> Bank of America Corporate Center
> 100 N. Tryon Street, Suite 2690
> Charlotte, NC 28202
> Email: mgriffin@babc.com
>
> J. Craig Oliver (admitted pro hac vice)
> Roundabout Plaza
> 1600 Division Street, Suite 700
> Nashville, TN 37203
> Email: coliver@babc.com
> *Attorneys for Defendant Vaco Charlotte, LLC*

and I hereby certify that I have mailed by First Class Mail the documents to the following non-CM/ECF party, *pro se* plaintiff addressed as follows:

> Monique Rue
> 5137 Grays Ridge Drive
> Charlotte, NC 28269

3

Respectfully submitted, this the 29th day of August, 2011.

                                          **/s/ *Matthew D. Duncan***
                                          Ted N. Kazaglis, Bar No. 36452
                                          Matthew Duncan, Bar No. 35260
                                          *Attorneys for Defendant Ally Financial, Inc.*
                                          *Nita Gooding, and Luette Kanas*
                                          JACKSON LEWIS LLP
                                          1400 Crescent Green, Suite 215
                                          Cary, North Carolina 27518
                                          Telephone:  (919) 854-0044
                                          Fax:  (919) 854-0908
                                          E-mail:  kazaglis@jacksonlewis.com
                                          Email:  duncanm@jacksonlewis.com

4812-0309-7354, v.  1