# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Monique Rue ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-cv-62

Ally Financial, Inc, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2011 Order.

                                             Signed: October 7, 2011

                                             Frank G. Johns, Clerk
                                             United States District Court